STATE OF NEW JERSEY v. FRANK P. ELIA.

July 21, 1980.

Petition for certification granted.

IN THE MATTER OF THE ESTATE OF ISABEL
DEMEL, DECEASED.

July 21, 1980.

Petition for certification denied.

JUAN R. MATO v. HIGHLANDER CONSTRUCTION CO.

July 21, 1980.

Petition for certification denied.

JOSEPHINE BRANCACCIO v. PANTA PRODUCTS,
INCORPORATED.

July 21, 1980.

Petition for certification denied.